# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| JAMES B. MITCHELL, | ) |
|     Petitioner, | ) |
| | ) |
| v. | ) No. 3:17-CV-2939-D |
| | ) |
| WARDEN UNDERWOOD, FCI Seagoville, | ) |
|     Respondent. | ) |

## ORDER

The United States Magistrate Judge made June 25, 2018 findings, conclusions, and a recommendation in this case. Petitioner filed objections on July 9, 2018, and the district judge has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

Petitioner's May 11, 2018 motion for evidentiary hearing with appointment of counsel and discovery is denied.

Petitioner's June 18, 2018 motion to expedite is denied as moot.

**SO ORDERED**.

July 26, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE